1006

[No. 43768-2-I.    Division One.    January 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VICKI YVONNE LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02687-5, James Bryan Street, J., entered December 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43958-8-I.    Division One.    January 24, 2000.]

*In the Matter of the Marriage of* LAVONNE MYERS, *Appellant*, and MICHAEL C. MYERS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-3-00557-1, Michael F. Moynihan, J., entered December 11, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 43995-2-I.    Division One.    January 24, 2000.]

*In the Matter of the Marriage of* LEIGH STYLOS, *Appellant*, and TIMOTHY SLATTERY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-06202-2, R. Joseph Wesley, J., entered December 14, 1998. *Dismissed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 43999-5-I.    Division One.    January 24, 2000.]

*In the Matter of the Marriage of* JULIE PERRYMAN, *Respondent*, and WAYNE PERRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-02331-1, J. Kathleen Learned, J., entered December 21, 1998. *Affirmed* by unpublished per curiam opinion.